IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Justine Pasternak,

Plaintiff,

v.

Lincoln National Life Insurance Company, dba Lincoln Financial Group,

Defendant.

CIVIL DIVISION

CASE NO.:

Judge

**COMPLAINT**

FILED ON BEHALF OF:
PLAINTIFF:
Justine L. Pasternak

COUNSEL FOR THIS PARTY:

Francis M. Moore, Esquire
PA I.D. #60039

MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219

Tele: (412) 232-0661
Fax: (412) 232-0233

# COMPLAINT

## Parties

1. Plaintiff, Justine L. Pasternak, is an individual with an address of 105 Chickee Lane, Belle Vernon, PA 15012.

2. Defendant, Lincoln National Life Insurance Co, is a long-term disability insurer, licensed to do business in the Commonwealth of Pennsylvania, with an address of PO Box 1525, Dover, NH 03821-1525.

## Jurisdiction

3. This action is brought under, and jurisdiction of this matter is vested in this Court through the *Employee Retirement Income Security Act* (ERISA), and specifically 29 U.S.C. 1132(e), 502(e) wherein the district courts of the United States shall have exclusive jurisdiction of civil actions under this title brought by the Secretary or by a participant, beneficiary, fiduciary, or any person referred to in ERISA.

4. Venue is proper because Defendant, Lincoln National Life Insurance Co, regularly conducts business in this District.

## History of Case

5. This action stems from a policy of long-term disability insurance administered by Defendant in which Plaintiff was an insured.

6. Justine L. Pasternak was an employee of Walmart, Inc. and was insured under a policy of long-term disability insurance with the Defendant.

7. Due to significant medical ailments, Justine L. Pasternak has become fully disabled on or about April 20, 2021. Plaintiff was awarded Social Security Disability benefits (SSDI) with an effective onset date of April 19, 2021.

8. Lincoln National Life Insurance Co denied long-term disability benefits to Plaintiff on or about July 24, 2024.

9. Said denial of long-term disability benefits was illegal and unreasonable.

10. All administrative appeals have been exhausted.

11. Significant medical evidence was presented to Defendant outlining the nature and extent of Justine L. Pasternak's disability. Notwithstanding this medical evidence, Defendant continued to illegally deny Plaintiff long-term disability benefits.

**Prayer for Relief**

WHEREFORE, Justine L. Pasternak prays for the following relief:

a. Judgment in her favor and against the Defendant for the amount of all benefits due and owing under the plan with interest as may be permitted by the Court;

b. An award by the Court for reasonable attorney's fees and costs as provided under the ERISA law, found at section 1132(g), *et seq;* and

c. Any other legal or equitable relief as the Court deems appropriate.

*/s/Francis M. Moore*
Francis M. Moore, Esquire
Pa. I.D. #60039
MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219
Tele: (412) 232-0661
Fax: (412) 232-0233