**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTINE PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY dba LINCOLN FINANCIAL GROUP,<br><br>Defendant. | ) | Civil Action No. 2:24-cv-01681 |

**AFFIDAVIT OF IWANA RADEMAEKERS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Iwana Rademaekers, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant The Lincoln national Life Insurance Company, pursuant to LCvR 83.2(B) (Comment Feb. 2013), and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Iwana Rademaekers, being duly sworn, do hereby depose and say as follows:

1. I am a Principal with the law firm of The Law Offices of Iwana Rademaekers, P.C.

2. My business address is 17304 Preston Road, Suite 800, Dallas, Texas 75252.

3. I am a member in good standing of the bar of Texas, Supreme Court of Texas, U.S. District Courts for the Eastern, Western. Southern, and Northern Districts of Texas, U.S. District Courts for the Eastern/Western Districts of Arkansas, U.S. District Court for the District of Colorado, U.S. District Court for the Northern District of Illinois, U.S. District Courts for the Eastern and Western Districts of Michigan, U.S. District Court for the Eastern District of

Missouri, U.S. District Court for the District of New Mexico, U.S. District Court for the District of North Dakota, U.S. District Courts for the Eastern and Western Districts of Oklahoma, U.S. District Courts for the Eastern and Western Districts of Tennessee, U.S. District Courts for the Eastern and Western Districts of Wisconsin, U.S. Courts of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Circuits.

4. My Texas bar identification number is 16452560.

5. A current Certificate of Good Standing from Texas is attached to this Affidavit as Exhibit 1.

6. There are no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

To the best of my knowledge at this time, I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 8, 2025

Iwana Rademaekers

# EXHIBIT 1

EXHIBIT

1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Iwana Rademaekers**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of May, 1988.

I further certify that the records of this office show that, as of this date

**Iwana Rademaekers**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of December, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6139C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.