**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTINE PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY dba LINCOLN FINANCIAL GROUP,<br><br>Defendant. | ) | Civil Action No. 2:24-cv-01681 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion for Admission *Pro Hac Vice* of Iwana Rademaekers, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this ___ day of _____________ 2025.

______________________________________
Arthur J. Schwab
United States District Court Judge