**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTINE PASTERNAK,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY dba LINCOLN FINANCIAL GROUP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-cv-01681 |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Lincoln National Life Insurance Company,[1] in the above-captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said part that have issued shares or debt securities to the public:

The National Life Insurance Company is a wholly-owned subsidiary of Lincoln National Corporation. Lincoln National Corporation is publicly traded on the New York Stock Exchange, and its ticker symbol is "LNC." It has no 10% owners of its stock.

Dated: January 8, 2025

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar No. 16452560)
*Pro Hac Vice* Motion Pending
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group," as that is the marketing name for Lincoln National Corporation and its affiliates.

Email: iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on January 8, 2025.

/s/ Iwana Rademaekers
Iwana Rademaekers