IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Justine Pasternak,

Plaintiff,

v.

Lincoln National Life Insurance Company, dba Lincoln Financial Group,

Defendant.

CIVIL DIVISION

CASE NO.: 24-cv-1681

Judge Arthur J. Schwab

**MOTION FOR CONTINUANCE**

FILED ON BEHALF OF:
PLAINTIFF:
Justine L. Pasternak

COUNSEL FOR THIS PARTY:

Francis M. Moore, Esquire
PA I.D. 60039

MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219

Tele: (412) 232-0661
Fax: (412) 232-0233

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justine Pasternak, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 24-cv-1681 |
| v. | JUDGE: Arthur J. Schwab |
| Lincoln National Life Insurance Company, dba Lincoln Financial Group, | |
| Defendant. | |

**MOTION FOR CONTINUANCE**

Plaintiff Justine Pasternak, by and through counsel, Francis M. Moore of Mansmann & Moore, LLP, files this Motion to Continue *Initial Case Management Conference* and avers as follows in support of said motion.

1. The Initial Case Management conference in this case is scheduled for March 27, 2025, at 11:00 via Zoom video program.
2. Counsel for Defendant and Counsel for Plaintiff will file the Rule 26(f) report, the Proposed Case Management Order and ADR joint stipulation on or before March 20, 2025, as indicated in the Court's February 13, 2025, Order of Court.
3. Counsel for Plaintiff was recently surprised by his sons with a ski vacation for his upcoming sixtieth birthday to Colorado wherein he departs Pittsburgh on March 25, 2025, and returns to Pittsburgh on March 31, 2025.

4. Counsel for defendant, Attorney Iwana Rademaekers, was contacted by Attorney Francis M. Moore regarding this motion and Attorney Rademaekers has no objection to this motion and to the court setting a new Initial Case Management hearing date.
5. A proposed order is filed separately.

Wherefore, Counsel for Plaintiff respectfully requests leave of this Honorable Court to continue the Initial Case Management Conference to a date after March 31, 2025.

Respectfully submitted,

*/s/Francis M. Moore*
Francis M. Moore, Esquire
Pa. I.D. #60039
MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219
Tele: (412) 232-0661
Fax: (412) 232-0233
E-mail: fmoore@mansmann-moore.com

Counsel for Plaintiff