IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Justine Pasternak,

Plaintiff,

v.

Lincoln National Life Insurance Company, dba Lincoln Financial Group,

Defendant.

CIVIL DIVISION

CASE NO.: 24-cv-1681

Judge Arthur J. Schwab

**ORDER**

FILED ON BEHALF OF:
PLAINTIFF:
Justine L. Pasternak

COUNSEL FOR THIS PARTY:

Francis M. Moore, Esquire
PA I.D. 60039

MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219

Tele: (412) 232-0661
Fax: (412) 232-0233

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justine Pasternak, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 24-cv-1681 |
| v. | JUDGE: Arthur J. Schwab |
| Lincoln National Life Insurance Company, dba Lincoln Financial Group, | |
| Defendant. | |

**ORDER OF COURT**

Upon consideration of Plaintiff's Motion to Continue Initial Case Management conference, and having no objection from opposing counsel, it is Ordered and Directed that the Initial Case Management Conferenced scheduled for March 27, 2025, shall be continued and rescheduled to _____________________________________________.

SO ORDERED this ______________ day of __________, 2025

_________________________
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE