**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTINE PASTERNAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:24-cv-01681-AJS |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY dba LINCOLN FINANCIAL GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff Justine Pasternak and Defendant Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 9th day of April 2025.

Respectfully submitted,

By: /s/ *Francis M. Moore*

Francis M. Moore (Pa I.D. # 60039)
MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219
PH: (412) 232-0661
Fax: (412) 232-233
Email: fmoore@mansmann-moore.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT